MALCO TRADING CORPORATION, Appellant, v. ISIDORE ALBERT and DAVID FEINERMAN, Tenants, Respondents; ALBFEIN INTERIOR DECORATORS, INC., Undertenant, Respondent.— Motion for leave to appeal to the Appellate Division

denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.